UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER VALERO<br>*Plaintiff*, | §<br>§<br>§ | |
| *vs.* | §<br>§ | C.A. NO. _____ |
| DB INSURANCE CO., LTD. (US BRANCH),<br>*Defendant*. | §<br>§<br>§<br>§ | |

## ORIGINAL COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT/MAGISTRATE JUDGE:**

COMES NOW PLAINTIFF, ALEXANDER VALERO, complaining of DB INSURANCE CO., LTD. (US BRANCH)("DB Insurance"), and would respectfully show unto this Honorable Court as follows:

### I.

### JURISDICTION AND VENUE

1. This case falls within the diversity jurisdiction of this Court; the amount in controversy exceeds $75,000.00USD and Plaintiff and Defendant are diverse in citizenship pursuant to 28 U.S.C. § 1332(a)(2).

2. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2), because all or a substantial part of the events or omissions giving rise to the claims occurred within this District. This case arises from a motor vehicle accident that occurred in Houston, Texas on May 16, 2022. Plaintiff filed suit against the tortfeasor motor carrier, Canizalez Transport, LLC ("Canizalez"), and obtained a final judgment against Canizalez in Harris County District Court. This case arises out of Plaintiff's collection of his judgment against Defendant DB Insurance, the liability insurance

1

carrier for Canizalez.

## II.
## PARTIES

3.      Plaintiff, ALEXANDER VALERO, is a resident of Montgomery County, Texas.

4.      Defendant DB INSURANCE CO., LTD. (US BRANCH) is a duly incorporated insurance carrier authorized to do business, and does conduct business, in the State of Texas. DB Insurance may be served with a copy of the Complaint and summons through its registered agent: Registered Agent Solutions, Inc., 1701 Directors Blvd., Suite 300, Austin, Texas 78744-1044.

## III.
## FACTS

5.      On May 16, 2022, Canizalez (insured of DB Insurance) caused a motor vehicle collision in Houston, Texas when it proceeded through an intersection without yielding to traffic and slamming into the front, passenger side of a vehicle being driven by Plaintiff. As a result of the collision, Plaintiff sustained serious injuries for which he underwent, and continues to undergo medical treatment.

6.      After filing suit in District Court for Harris County, Texas, and obtaining service over Canizalez, no answer was filed by Canizalez and Plaintiff moved for a default judgment. On July 25, 2022, the state Court entered judgment against Canizalez, and after an evidentiary hearing, on October 19, 2022, the Court awarded damages on behalf of Plaintiff against Canizalez, which was corrected on December 7, 2022. The judgment is now final and provides for damages in the amount of $1,340,725.38 be awarded to Plaintiff.

7.      Defendant DB Insurance is the insurance carrier for Canizalez and, as such, Plaintiff is entitled to payment of the state court judgment by Defendant since it is a final, non-appealable judgment. Defendant DB Insurance is liable to Plaintiff (third-party beeneficiary) since

the Plaintiff has a final judgment and Plaintiff is entitled to payment of the judgment by Defendant as the liability carrier for Canizalez or pursuant to the MCS-90 Endorsement of the Defendant's insurance policy. The MCS-90 Endorsement applies in the event there is no liability insurance coverage.

## IV.
## CAUSE(S) OF ACTION

### PETITION FOR DECLARATORY JUDGMENT

8.  Plaintiff seeks declaratory relief under 28 U.S.C. §2201. Plaintiff asserts his claims for declaration of his rights, status and other legal relationships under Defendant DB Insurance's insurance policy for Canizalez. Specifically, Plaintiff seeks a declaration from the Court that Plaintiff is entitled to payment of his damages, as set forth in the judgment entered against Canizalez, in the full amount of $1,340,725.38, or policy limits if less than the judgment amount.

## V.
## INTEREST

9.  Plaintiff seeks pre-judgment and post-judgment interest as allowed by law.

## VI.
## PRAYER

WHEREFORE, Plaintiff, ALEXANDER VALERO, prays that Defendant DB INSURANCE CO., LTD. (US BRANCH) be cited to appear and answer herein, and that upon final hearing, Plaintiff recover the following:

(a) Judgment against Defendant for actual damages in the amount of $1,340,725.38, or policy limits if less than the judgment amount;

(b) Pre-judgment interest at the legal rate on damages that have been accrued by the time of judgment;

(c) Post-judgment interest at the legal rate per annum until paid;

(d) Attorney's fees and costs of suit; and

(e) Such other and further relief in which Plaintiff may show himself justly entitled.

        Respectfully submitted,

        GILMAN ❈ ALLISON LLP

        Brenton J. Allison
        Texas Bar No. 24040417
        Federal I.D. No. 36863
        ballison@gilmanallison.com
        Douglas T. Gilman
        Texas Bar No. 24048496
        Federal I.D. No. 19897
        Michael S. Prejean
        Texas Bar No. 24092993
        Federal I.D. No. 2513911
        2005 Cullen Blvd.
        Pearland, Texas  77581
        Tel:  (713) 224-6622
        Fax:  (866) 543-3643

        **ATTORNEYS FOR PLAINTIFF**