# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ALEXANDER VALERO, | ) C.A. NO: 4:23-CV-04029 |
| Plaintiff, | ) |
| v. | ) |
| DB INSURANCE CO., LTD. (US BRANCH), | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PARTIES BY DB INSURANCE CO., LTD. (US BRANCH)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's October 24, 2023 Order for Conference and Disclosure of Interested Parties (Doc. #4), Defendant DB Insurance Co., Ltd. (US Branch) provides the following list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation:

1. Defendant <u>DB Insurance Co., Ltd</u>. (US Branch), formerly known as Dongbu Insurance Co., Ltd., is a foreign corporation, incorporated in the Republic of Korea, with its principal place of business in Seoul, Korea. DB Insurance Co., Ltd. (US Branch) does not have any parent corporation and is traded on the KRX, Korea Exchange;

2. Plaintiff Alexander Valero; and

3. Gilman & Allison, LLP, Counsel for Plaintiff.

1

921166-2

Respectfully submitted,

*/s/ Crystal L. Maluchnik*
STEVEN G. JANIK
Texas Bar No. 24090581
Federal I.D. No. 3863857
CRYSTAL L. MALUCHNIK
Ohio Bar No. 0077875
Federal I.D. No: 3863856
*Attorney-In-Charge*
JANIK L.L.P.
P.O. Box 470550
Cleveland, Ohio 44147
(440) 838-7600 * Fax (440) 838-7601
steven.janik@janiklaw.com
crystal.maluchnik@janiklaw.com

*Attorneys for Defendant DB Insurance Co., Ltd. (US Branch)*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 14th day of November, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Crystal L. Maluchnik*
*One of the Attorneys for Defendant DB Insurance Co., Ltd. (US Branch)*

921166-2