UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER VALERO<br>　　*Plaintiff*, | §<br>§<br>§ | |
| *vs.* | § | C.A. NO. 4:23-CV-04029 |
| | § | |
| DB INSURANCE CO., LTD. (US BRANCH),<br>　　*Defendant*. | §<br>§<br>§<br>§ | |

## JOINT STATUS REPORT

**TO THE HONORABLE UNITED STATES DISTRICT/MAGISTRATE JUDGE:**

COME NOW Plaintiff, Alexander Valero, and Defendant, DB Insurance Co., Ltd. (US Branch), and file their Joint Status Report and would respectfully show the Court as follows:

Plaintiff filed his Original Complaint on October 23, 2023 against DB Insurance Co., Ltd. (US Branch) ("DB Insurance") arising out of a default judgment obtained in state court involving a motor vehicle accident that occurred on May 16, 2022. On November 14, 2023, DB Insurance filed its Unopposed Motion to Extend Time to Move, Plead, or Otherwise Respond to Plaintiff's Complaint (Doc. Entry# 006). The parties have since engaged in discussions in attempting to schedule mediation to resolve both the state court action and federal case. Due to the holidays and scheduling conflicts, DB Insurance subsequently filed another Unopposed Motion to Extend, which was granted by the Court, setting DB Insurance's deadline to file its responsive pleading on February 5, 2024 (Doc. Entry# 011, 012).

Counsel have conferred and recently scheduled mediation with Larry Simmons on February 20, 2024. To allow the parties time to attend mediation, and continue post-mediation settlement negotiations, if necessary, the parties believe re-setting the Initial Conference in this

case for a period of sixty (60) days beyond February 5, 2024, would be sufficient. Upon completion of mediation and any post-mediation negotiations, the parties will notify the Court as to whether the case settled.

DB Insurance would also respectfully request the Court extend its answer deadline to at least March 5, 2024 to allow the parties time to continue to pursue settlement.

Respectfully submitted,

GILMAN ✤ALLISON LLP

/s/ *Brenton J. Allison*
Brenton J. Allison
Texas Bar No. 24040417
Federal I.D. No. 36863
2005 Cullen Blvd.
Pearland, Texas 77581
Telephone: (713) 224-6622
Facsimile: (866) 543-3643
ballison@gilmanallison.com
**ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**

GILMAN ✤ALLISON LLP

JANIK LLP

/s/ *Crystal Maluchnik*
Steven G. Janik
Texas Bar No. 24090581
Federal I.D. No. 3863857
Crystal Maluchnik
Federal I.D. No. 3863856
P.O. Box 470550
Cleveland, Ohio 44174
Telephone: (440) 838-7600
Facsimile: (440) 838-7601
Steven.janik@janiklaw.com
Crystal.maluchnik@janiklaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed this document on this **29th day of January, 2024**, and that a true and correct copy of the foregoing was served on all known Filing Users through CM/ECF.  Service on any party or counsel who is not a Filing User was accomplished via facsimile (pursuant to written agreement of counsel), hand delivery, or certified mail – return receipt requested, in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Steven G. Janik | ***VIA CM/ECF*** |
| Crystal Maluchnik | |
| JANIK LLP | |
| P.O. Box 470550 | |
| Cleveland, Ohio 44174 | |

                                                  /s/ *Brenton J. Allison*
                                                  Brenton J. Allison